AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>HENRY BARRO | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:  3:01-cr-35-LRH(RAM)<br>USM NUMBER:  36171-048 |

FILED / ENTERED
JAN 8 2008
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Vito de la Cruz
**THE DEFENDANT:**                DEFENDANT'S ATTORNEY

( ✓ )  admitted guilt to violating conditions ___(See below)___ of the term of supervision.
(   )  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall be confined to home confinement with electronic monitoring, if available, for a period of four months. | 12/2/08 |
| 2 | Shall not illegally use a controlled substance. | 11/3/08 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ✓ )  The defendant has not violated conditions _as alleged in paragraphs 3 and 4 of the petition_ and is discharged as to such violations of conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

Last Four Digits of Defendant's Soc.Sec.: 4344

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:

In custody

JANUARY 5, 2009
Date of Imposition of Judgment

_/s/_
Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

1/8/09
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: HENRY BARRO | Judgment - Page 2 |
| CASE NUMBER: 3:01-cr-35-LRH(RAM) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>ELEVEN (11) MONTHS, with credit for time served</u>

(✓) The court makes the following recommendations to the Bureau of Prisons:
Incarceration FCI Herlong, California or, in the alternative, Northern California.

(✓) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
    ( ) at _____ a.m./p.m. on _____
    ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( ) before 2 p.m. on _____
    ( ) as notified by the United States Marshal.
    ( ) as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
    Deputy U.S. Marshal